396 A.2d 41

Commonwealth v. Mortimer, Appellant.

Submitted June 23, 1977. Charles J. Tague, Assistant Public Defender, for appellant; Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.